# UNITED STATES DISTRICT COURT

Office of the Clerk
District of Oregon

740 United States Courthouse
1000 S.W. Third Avenue, Portland, Oregon 97204-2902
(503) 326-8003

**DONALD M. CINNAMOND**
Clerk of Court

**Camile S. Hickman**
Acting Chief Deputy Clerk

**CRAIG W. MEYER**
Division Manager

**DEIRDRE I. NEAL**
Deputy Division Manager

February 3, 2004

Mr. Tony Anastas, Clerk
United States District Court
District of Massachussetts
Federal Building
1550 Main Street
Springfield, MA 01103

Dear Mr. Anastas;

SUBJECT:  USA v IVAN TELEGUZ, District of Oregon Case No. 03-m-432; District of Massachussetts Case No. CR 02-30043-MAP

Pursuant to the Order of Removal signed by Judge Janice M. Stewart on 1/30/04, enclosed are certified copies of the entire court file along with a certified copy of the docket sheet.

Please acknowledge receipt of these documents by timestamping and returning the enclosed copy of this letter.

Sincerely,

DONALD M. CINNAMOND, CLERK

By Ronaele M. Rupert, Deputy

cc: File

Docket as of February 3, 2004 2:18 pm                Page 1
Proceedings include all events.
3:04m 423-ALL USA v. Teleguz

                    U.S. District Court
    U.S. District Court for the District of Oregon (Portland)

        CRIMINAL DOCKET FOR CASE #: 04-M -423-ALL

USA v. Teleguz                                        Filed: 01/29/04
Dkt# in other court: None

Case Assigned to:    Unassigned

IVAN TELEGUZ (1)              Ruben Iniguez
   Defendant                  [COR LD NTC pda]
                              Federal Public Defender
                              101 SW Main Street
                              Suite 1700
                              Portland, OR 97204
                              503-326-2123

                                          Certified to ... and correct
                                          copy of original
                                          Dated  2/3/04
Pending Counts:                           Donald M. Cinnamond, Clerk
                                          By                  Deputy
   NONE


Terminated Counts:

   NONE



Complaints                    Disposition

complaint filed



U. S. Attorneys:

   NONE

```
Docket as of February 3, 2004 2:18 pm                    Page 2

Proceedings include all events.
3:04m 423-ALL USA v. Teleguz

 1/29/04  --        DEFENDANT Ivan Teleguz  arrested (rupe)
                    [Entry date 01/30/04]

 1/29/04   1        MINUTES OF PROCEEDINGS  before Judge Janice M. Stewart
                    regarding Defendant Ivan Teleguz  - first appearance of
                    Ivan Teleguz on arrest warrant and Indictment from the
                    District of Massachusetts (their case number CR
                    02-30043-MAP) - Assistant Federal Public Defender -
                    Attorney Ruben Iniguez present and appointed as to Ivan
                    Teleguz, AS Attorney Frank Noonan present for Plaintiff
                    USA;ORDER detention hearing/Rule 40 hearing reset to  1:30
                    1/30/04    before the duty magistrate judge;; ORDER
                    defendant is detained pending further hearing (cc: Counsel
                    notified) Court Rptr Tape 658 (rupe) [Entry date 01/30/04]

 1/30/04   2        MINUTES OF PROCEEDINGS  before Judge Janice M. Stewart
                    regarding Defendant Ivan Teleguz  - RULE 40 Hearing held,
                    detention hearing held; ORDER defendant is to appear at
                    Federal Court in Springfield, Massachusetts on 2/17/04 at
                    10:00 am, before the Magistrate Judge; ORDER defendant is
                    release on conditions - see separate order (cc: Counsel
                    notified) Court Rptr Tape 659 (rupe) [Entry date 02/02/04]

 1/30/04   3        ORDER OF REMOVAL to  District of Massachussetts for
                    Defendant  Ivan Teleguz s/1/30/04  Judge Janice M. Stewart
                    (rupe) [Entry date 02/02/04]

 2/3/04    4        ORDER  by Judge Janice M. Stewart  setting conditions of
                    release for Defendant Ivan Teleguz - defendant ordered
                    released after processing (cc: Counsel notified) (rupe)
                    [Entry date 02/03/04]

 2/3/04    5        REMARK as to Defendant Ivan Teleguz - Rule 40 documents
                    sent to the District of Massachussetts at Springfield (rupe)
                    [Entry date 02/03/04]

[END OF DOCKET: 3:04m 423-0]
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Ivan Teleguz | **ORDER SETTING CONDITIONS**<br>**OF RELEASE**<br><br>Case Number: 04-M-423 |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear on February 17, 2004 at 10:00 a.m. or as directed by U.S. District Court.

## Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that:

- Report as directed by the U.S. Pretrial Services office.
- Find and maintain gainful full-time employment, approved schooling or a full-time combination of both.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Neither own, possess, nor control any firearm (or any other specified weapon).
- Surrender any passport or submit a statement that defendant no longer possesses a passport/or obtain no passport.
- Submit to search of person, place of residence and vehicle at the direction of U.S. Pretrial Services.
- Travel is limited to the State of Oregon unless prior approval is obtained from U.S. Pretrial Services.
- Defendant is to appear in the U.S. Courthouse in Springfield, MA on February 17, 2004 at 10:00 a.m.

true and correct
copy
Date 2/3/04
Donald M. Cinnamond, Clerk
By Deputy

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

## YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Ivan Teleguz_
Signature of Defendant

_18335 Petite Court_
Address

_Gladstone, OR_       _(503) 657-7173_
City, State & Zip           Telephone

### Directions to the United States Marshal

(X)  The defendant is ORDERED released after processing.
( )  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: _January 30, 2004_

_[signature]_
Signature of Judicial Officer

Janice M. Stewart,
U.S. District/Magistrate Judge
Name and Title of Judicial Officer

cc:  Defendant
     US Attorney
     US Marshal
     Pretrial Services

FILED '04 JAN 30 15:09 USDC-ORP

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF REMOVAL |
| | Rule 40 F.R.Cr.P. |
| v. | (Non-Custody) |
| | Case No. 04-M-423 |
| IVAN NIKOLAYEVICH TELEGUZ, | |
| **Defendant** | |

1. The above-named defendant is held to answer in the District of Massachusetts for violation of: Title 18, United States Code, Sections 2, 371, and 922.

2. The defendant has been released on conditional release pursuant to Title 18, United States Code, Section 3142.

IT IS HEREBY ORDERED that the defendant report to the United States Magistrate Judge for the District of Massachusetts, located at U.S. Courthouse in Springfield on 2/17, at 10 a.m./~~p.m.~~

DATED at Portland, Oregon, this 30th day of January 2004.

JANICE M. STEWART
UNITED STATES MAGISTRATE JUDGE

Presented by:
KARIN J. IMMERGUT
United States Attorney

FRANK NOONAN
Assistant United States Attorney

Certified to be a true and correct copy of original filed in my office
Dated 2/3/04
Donald M. Cinnamond, Clerk
By /s/ K. Rupe  Deputy

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: 04-M-423   Date of Proceeding: January 30, 2004

**Presiding Judge:** Janice M. Stewart   **Courtroom Deputy:** Donna Ausbie
Recorder: Toddd Gee   Tape No: 659   AUSA: Frank Noonan
(for                                      )

**DOCKET ENTRY:** interpreter(s): _____
Record of [ ]time set for [ ]First/[ ]Initial appearance  [ ]Arraignment  [X]Detention Hearing  [ ]Preliminary Hearing:
   [ ]Release violation   [X] A/W from another district   [ ] Status hearing
[ ]ORDER - appointing Federal Defender/CJA attorney to represent defendant(s).
[ ]Defendant(s) advised of charges     [ ]Defendant(s) waived reading of the complaint/indictment/information.
[ ]Defendant(s) advised of rights      [ ]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived [ ] preliminary [ ] identity [ ] removal hearing.
[ ]ORDER - (Re)setting/continuing  [ ] arraignment [ ]preliminary [ ]detention [ ] violation [ ] status [ ] Rule 40
hearing before the duty Magistrate Judge on: _____
[ ]Gov't witness(es) sworn:_____
[ ]Defense witness(es) sworn:_____
[ ]ORDER - finding probable cause. [ ] ORDER - finding lack of probable cause for defendant_____
[ ]ORDER - setting arraignment before the duty Magistrate Judge on:_____
[ ]ORDER - defendant(s) is (are) detained [ ]flight risk [ ]danger [ ]pending further hearing.
[X]ORDER - defendant(s) is (are) released on conditions. (see separate order)
[ ]ORDER - defendant(s) plea(s) of not-guilty entered.
[ ]ORDER - setting trial before Judge _____ on _____, 2004 at 9:00 a.m.
Please use the above case number and initials on all future documents and correspondence in this action.
[ ]ORDER - discovery due in 10 days, motions due in 21 days.
[ ]ORDER - setting a violation hearing before Judge _____ on _____ at ___.
[X] Order - defendant to appear + Federal Court in Springfield, Mass on February 17, 2004 at 10:00 AM, before the Magistrate Judge.
[ ]
(OTD:        - Gov't case:        days)

**DEFENDANT**                                    **COUNSEL**

(1) _Orson Telegun_____            (1) _Steve ___ for _____
    [X]Present [ ] O/R [ ]Bond/[X]Custody       [X]Present [X]Appointed [ ]Retained

(2) _____       (2) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody    [ ] Present [ ] Appointed [ ] Retained

(3) _____       (3) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody    [ ] Present [ ] Appointed [ ] Retained

(4) _____       (4) _____
    [ ] Present [ ] O/R [ ] Bond [ ] Custody    [ ] Present [ ] Appointed [ ] Retained

cc:  [ ] Chambers            [ ] Probation
     [ ] Counsel of Record   [ ] Pretrial Services        Document No.: ___
     [ ] Jury Clerk          [ ] U.S. Marshal
                                                          CRIMINAL MINUTES
                            I certify to be a true and correct
                            copy of the original filed in my office
                            Dated ___2/3/04___
                            Donald M. Cinnamond, Clerk
                            by JCKjfer, Deputy

Criminal Minutes
Revised June 5, 1995

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: 04-M-423                                              Date of Proceeding: January 29, 2004

**Presiding Judge:** Janice M. Stewart                          Courtroom Deputy: Donna Ausbie
Recorder: Todd Gee    Tape No: 658    AUSA: Frank Noonan
                                              (for _____)

**DOCKET ENTRY:** interpreter(s): _____
Record of [ ]time set for [X]First/[ ]Initial appearance [ ]Arraignment [ ]Detention Hearing [ ]Preliminary Hearing:
   [ ]Release violation   [X]A/W from another district   [ ] Status hearing
[X]ORDER - appointing [Federal Defender]/CJA attorney to represent defendant(s).
[X]Defendant(s) advised of charges     [X]Defendant(s) waived reading of the complaint/[indictment]/information.
[X]Defendant(s) advised of rights     [ ]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived [ ] preliminary [ ] identity [ ] removal hearing.
[X]ORDER - [(Re)setting]/continuing [ ] arraignment [ ]preliminary [X]detention [ ] violation [ ] status [X] Rule 40 hearing before the duty Magistrate Judge on: Friday, January 30, 2004 at 1:30 PM.
[ ]Gov't witness(es) sworn: _____
[ ]Defense witness(es) sworn: _____
[ ]ORDER - finding probable cause. [ ] ORDER - finding lack of probable cause for defendant_____,
[ ]ORDER - setting arraignment before the duty Magistrate Judge on: _____.
[X]ORDER - defendant(s) is (are) detained [ ]flight risk [ ]danger [X]pending further hearing.
[ ]ORDER - defendant(s) is (are)  released on conditions. (see separate order)
[ ]ORDER - defendant(s) plea(s) of not-guilty entered.
[ ]ORDER - setting trial before Judge _____ on _____, 2004 at 9:00 a.m.
Please use the above case number and initials on all future documents and correspondence in this action.
[ ]ORDER - discovery due in 10 days, motions due in 21 days.
[ ]ORDER - setting a violation hearing before Judge _____ on _____ at _____.
[ ] _____
[ ] _____
(OTD:          - Gov't case:        days)

**DEFENDANT**                                                **COUNSEL**
(1) _Ivan Leligun_                                           (1) _Ruben Iniguez_
    [X] Present  [ ] O/R  [ ] Bond  [X] Custody                  [X] Present  [X] Appointed  [ ] Retained

(2) _____                                    (2) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody                  [ ] Present  [ ] Appointed  [ ] Retained

(3) _____                                    (3) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody                  [ ] Present  [ ] Appointed  [ ] Retained

(4) _____                                    (4) _____
    [ ] Present  [ ] O/R  [ ] Bond  [ ] Custody                  [ ] Present  [ ] Appointed  [ ] Retained

cc:  [ ] Chambers             [X] Probation
     [X] Counsel of Record    [X] Pretrial Services          Document No.: _____
     [ ] Jury Clerk           [X] U.S. Marshal              CRIMINAL MINUTES

Certified to be a true and correct copy of original filed in my office
Dated __2/3/04__
Donald M. Cinnamond, Clerk
By /s/ _____, Deputy

Criminal Minutes
Revised June 5, 1995