UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.              )<br>)<br>)<br>ALEKSEI SAFANOV, et al.,      )<br>        Defendants   ) | Criminal No. 02-30043-MAP |

INTERIM STATUS REPORT
March 17, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock between the return of the second superseding indictment and today. A separate order shall issue.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge