UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.             )<br>)<br>)<br>ALEKSEI SAFANOV, et al.,     )<br>            Defendants    ) | Criminal No. 02-30043-MAP |

INTERIM SCHEDULING ORDER
April 30, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. An interim status conference will be held on June 28, 2004, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, June 25, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge