## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
)
        v. )      Criminal Action No. 02-30043-MAP
)
ALEXSEI SAFANOV, et al., )
                Defendants )


### ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders

excludable delay from <u>January 20, 2004</u>, through <u>June 28, 2004</u>, for the reasons checked below.



<u>April 30, 2004       </u>         <u>  /s/   Kenneth P. Neiman  </u>
Date                            U.S. Magistrate Judge


REFER TO DOCUMENT <u>Court's Finding in open court and Parties' agreement on the record  </u>


| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |