5. On or before the close of business, September 9, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

There shall be no further extensions.

IT IS SO ORDERED.

DATED: June 28, 2004

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

2