UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>ALEKSEI SAFANOV, et al., )<br>       Defendants ) | Criminal No. 02-30043-MAP |

INTERIM STATUS REPORT
June 28, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day. A final status conference shall be held on September 10, 2004.

2. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock between the return of the second superseding indictment and today. A separate order shall issue.

3. There are no other matters to report relevant to the progress or resolution of the case.

                                          /s/   Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge