

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Kenneth P. Neiman, U.S. Magistrate Judge |
| **From:** | Irma Zingarelli, U.S. Pretrial Services |
| **Re:** | TELEGUZ, Ivan, CR.#: 02-30043-02 |
| **Date:** | August 2, 2004 |

On February 11, 2004, the above named defendant appeared before Your Honor after being charged with Conspiracy to Deal Firearms without a License and Conspiracy to Possess Firearms with an Obliterated Serial Number in violation of Title 18, U.S.C. Sections 371 and 922(k). Your Honor released the defendant on the following conditions:

1) Report to Pretrial Services as directed In Person.
2) Find and maintain gainful full-time employment, approved schooling or a full-time combination of both.
3) Neither own, possess, nor control any firearm(or any other specified weapon)
4) Do not change place of residence without the prior approval of Pretrial Services.
5) Surrender any passport or submit a statement that the defendant no longer possesses a passport/obtain no passport.
6) Submit to search of person, place of residence and vehicle at the direction of Pretrial Services.
7) Travel limited to the state of Oregon unless prior approval is obtained by Pretrial Services.

Mr. Teleguz was being provided with courtesy supervision in the District of Oregon. Please be advised that Mr. Teleguz was arrested and charged with Accessory to Murder Before the Fact. He is being held at the Rockingham County Jail in Harrisburg, VA.

In light of the above information, I am asking that a detainer be lodged. Please advise if you concur.

Cc. Kevin O'Regan, AUSA