UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 02-30043-MAP
)
)
ALEKSEI SAFANOV, et al., )
        Defendants )

INTERIM SCHEDULING ORDER
September 10, 2004

NEIMAN, U.S.M.J.

    The following schedule was established at the final Status Conference this day.

1.    An initial pretrial conference will be held before District Judge Michael A. Ponsor on October 21, 2004, at 2:00 p.m. in Courtroom I.

2.    A hearing on the remaining part of Defendant Safanov's motion for discovery shall take place on September 22, 2004, at 2:30 p.m. in Courtroom III, unless the parties inform the court prior to that time that the matter has been resolved.

    IT IS SO ORDERED.

                            /s/   Kenneth P. Neiman
                            KENNETH P. NEIMAN
                            U.S. Magistrate Judge