UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.    )<br>)<br>)<br>)<br>ALEKSEI SAFANOV, IVAN TELEGUZ, )<br>ROMAN ZHIRNOV,    )<br>ANDREY BUYNOVSKIY,    )<br>MICHAEL QUICKEL,    )<br>            Defendants    ) | Criminal No. 02-30043-MAP |

FINAL STATUS REPORT
September 10, 2004

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A trial, which the parties estimate will take one week, is likely. An initial pretrial conference has been scheduled before District Judge Michael A. Ponsor for October 21, 2004, at 2:00 p.m. in Courtroom I. Defendants will inform the court at that time whether any motions to suppress will be filed.

2. Defendants do not intend to raise defenses of insanity or public authority.

3. All discovery has been completed, except for one matter which will be addressed by this court on September 22, 2004.

4. The parties report and the court finds that no time will has run on the Speedy Trial clock between the return of the second superseding

indictment, January 20, 2004, and today.  An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

DATED: September 10, 2004

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge