UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    CRIM. NO. 02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.    November 17, 2004

## MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

NOW comes David J. Wenc, defense counsel for the Defendant, IVAN TELEGUZ, and hereby moves this Honorable Court to enlarge the time within which to file pretrial motions in this matter for the following reason(s):

1. The filing due date for pretrial motions is November 19, 2004.

2. Defense counsel has been involved in preparation for trial and trial of a case entitled, *Niver v. Warden*, State of Connecticut, Superior Court, Judicial District of Tolland at Rockville, Docket No. CV 030004241.

3. Defense counsel spoke with the prosecutor, Kevin O'Regan, who indicated that the government has no objection with regard to this motion provided that, pursuant to the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*, the time between November 19, 2004 and December 20, 2004 is excluded.

WHEREFORE, defense counsel prays that this motion be granted.

-1-

RESPECTFULLY SUBMITTED,

DEFENDANT, IVAN TELEGUZ,

By: _____
David J. Wenc, His Attorney
WENC LAW OFFICES
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
860-623-1195
BBO #549400

**CERTIFICATION**

    I hereby certify that on November 17, 2004 I served copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Assistant U.S. Attorney Kevin O'Regan
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103

_____
David J. Wenc, Esq