UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                        December 6, 2004

### MOTION FOR PERMISSION TO FILE PRETRIAL MOTIONS NUNC PRO TUNC TO NOVEMBER 29, 2004

NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court to permit him to file pretrial motions nunc pro tunc to November 29, 2004 for the following reason(s):

1. Defense counsel was unable to complete pretrial motions within the current scheduling order and requests that HIS PRETRIAL MOTIONS be filed nunc pro tunc to November 29, 2004.

2. Defense counsel spoke with Assistant U.S. Attorney Kevin O'Regan who indicated that the government has no objection with regard to this motion.

    WHEREFORE, defendant prays that this Motion be granted.

                    RESPECTFULLY SUBMITTED,

              DEFENDANT, IVAN TELEGUZ,


By: _____
    David J. Wenc, His Attorney
    WENC LAW OFFICES
    44 Main Street
    P.O. Box 306
    Windsor Locks, CT 06096
    860-623-1195
    BBO #549400


**<u>CERTIFICATION</u>**

     I hereby certify that on December 6, 2004 I served copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Assistant U.S. Attorney Kevin O'Regan
Federal Building & Courthouse
1550 Main Street
Springfield, MA   01103


_____
David J. Wenc, Esq