```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
        v.                )    Criminal No. 02-30043-MAP
                          )
(1) ALEKSEI SAFANOV,      )
(2) IVAN TELEGUZ,         )
(3) ROMAN ZHIRNOV,        )
(4) ANDREY BUYNOVSKIY,    )
(5) MICHAEL QUICKEL,      )
        Defendants.       )

### Government's Motion to Extend for One Business Day Its Time to Respond to Defendants' Pretrial Motions

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the Court extend the government's time to respond to the defendants' pretrial motions for one business day, until December 27, 2004.

In support of this motion, the government states that the defendants' motions have been filed at various times and as recently as December 10, 2004. The government was unable to prepare its response to the motions by the date previously established by the Court, December 23, 2004. Delaying the government's response by one business day will not effect oral argument on the motions, which is scheduled for December 29, 2004.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        by:   _/s/ Kevin O'Regan_____
                              Kevin O'Regan
                              Assistant U.S. Attorney

                        Date: December 26, 2004

<u>Certificate of Service</u>

December 26, 2004

    I certify that on December 27, 2004, I will cause the foregoing document to be faxed and mailed to counsel for the defendants.

                                         <u>/s/ Kevin O'Regan</u>
                                         Kevin O'Regan
                                         Assistant U.S. Attorney