UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
            v.           ) 02-CR-30043-MAP
                         )
IVAN TELEGUZ, ET AL,     )
            Defendants   )

✓ MEMORANDUM AND ORDER RE: PENDING MOTIONS

December 30, 2004

PONSOR, U.S.D.J.

Counsel for all defendants, except the defendant Quickel, appeared before this court for a hearing on pending motions and a status conference. Based on counsel's representations, the court orders as follows.

1. <u>Motion of Defendant Buynovskiy to Suppress</u> (Docket No. 100).

This motion is hereby set for argument to commence on January 26, 2005 at 2:00 p.m.

2. <u>Motion of Defendant Teleguz to Dismiss for Lack of Jurisdiction</u> (Docket No. 105).

This motion is DENIED, for the reasons stated in open court.

3. <u>Motion of Defendant Teleguz to Sever</u> (Docket No. 106).

This motion is DENIED.

4. <u>Motion of Defendant Teleguz to Suppress Wire Interceptions</u> (Docket No. 107).

This motion is hereby set for an evidentiary hearing to commence on January 26, 2005 at 2:00 p.m. Counsel for the defendant and for the government should confer about the necessity for an evidentiary hearing. Counsel should also confer about the availability of the defendant, who may be on trial in an independent prosecution in the Commonwealth of Virginia.

5. <u>Motion of Defendant Teleguz to Suppress Identification</u> (Docket No. 108).

This motion, also with a request for an evidentiary hearing, is DENIED, without prejudice. Defendant may file a supplemental motion to suppress the identification by January 21, 2005. The motion will append a copy of the photo array in question and will include affidavits or other supporting material related to the identification. The government's opposition to this supplemental motion will be

filed by February 11, 2005. The court will thereafter rule on the motion on the papers, or set it down for argument.

6. <u>Motion of Defendant Teleguz to Suppress Statements Made in Oregon</u> (Docket No. 109).

This motion is DENIED, without prejudice. A supplemental motion on this point may be filed no later than January 21, 2005, if counsel deems it appropriate, and opposed by February 11, 2005.

7. <u>Motion of Defendant Teleguz to Suppress Video Evidence</u> (Docket No. 110).

This motion is DENIED, for the reasons stated in open court.

8. <u>Motion of Defendant Safanov to Suppress Search of Automobile</u> (Docket No. 112).

This motion is hereby set for hearing on January 26, 2005 at 2:00 p.m. The clerk will make arrangements for a Russian translator to assist the defendant Safanov at this hearing.

9. <u>Motion of Defendant Zhirnov to Suppress</u> (Docket No. 115).

The court will take evidence on this motion on January

26, 2005 at 2:00 p.m. Even if the evidence warrants suppression as requested by co-defendant Safanov, defendant Zhirnov may have difficulty proving that he has standing to suppress the contents of the search. This purely legal issue may be saved, however, for another date.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge