**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,               CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                              January 25, 2005

**MOTION FOR ORDER OF TRANSCRIPT**
**AND PERMISSION TO INCUR EXPENSES**

NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court, pursuant to Title 18 U.S.C. Section 3006A, to (1) order the preparation of transcripts of the trial proceedings held in the matter of United States V. Henry Lee, Docket No. O3-30043-MAP and (2) permit defense counsel to incur expenses for copies of said transcripts for the following reason(s):

1. The transcripts include testimony of the government informer who will testify in this case as well as his FBI handler.

    WHEREFORE, defendant prays that this Motion be granted.

                              RESPECTFULLY SUBMITTED,
                              DEFENDANT, IVAN TELEGUZ,

                              By: /s/David J. Wenc
                                  David J. Wenc, His Attorney
                                  44 Main Street
                                  Windsor Locks, CT 06096
                                  860-623-1195
                                  BBO #549400

**CERTIFICATION**

    I hereby certify that on January 25, 2005 I served a copy of the foregoing Motion by electronic filing or U.S. mail, first-class postage prepaid, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

                                      /s/ David J. Wenc
                                      David J. Wenc, Esq