UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                     January 28, 2005

**MOTION TO WITHDRAW DEFENDANT, IVAN TELEGUZ'S,
<u>*12/06/04 MOTION TO SUPPRESS SECRET RECORDINGS [107]*</u>**

NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court, to permit him to withdraw his pretrial motion challenging secret recordings dated December 6, 2004 entitled Motion to Suppress Secret Recordings [107] for the following reason(s):

1. Assistant U.S. Attorney Kevin O'Regan faxed copies of documents purportedly signed by Carlos Ortiz consenting to the employment of recording devices by Mr. Ortiz.

    WHEREFORE, defendant prays that this Motion be granted.

                                  RESPECTFULLY SUBMITTED,
                                  DEFENDANT, IVAN TELEGUZ,

                                By: /s/<u>David J. Wenc</u>
                                      David J. Wenc, His Attorney
                                      44 Main Street
                                      Windsor Locks, CT 06096
                                      860-623-1195
                                      BBO #549400

**CERTIFICATION**

    I hereby certify that on January 28, 2005 I served a copy of the foregoing Motion by electronic filing or U.S. mail, first-class postage prepaid, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

                                        /s/ David J. Wenc
                                        David J. Wenc, Esq