**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,        CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                February 4, 2005

**SUPPLEMENTAL MOTION FOR ORDER OF TRANSCRIPT
AND PERMISSION TO INCUR EXPENSES**

NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court, pursuant to Title 18 U.S.C. Section 3006A, to: (1) order the preparation / copy of ASCII disks of transcripts of the <u>trial</u> proceedings held in the matter of <u>United States v. Henry Lee</u>, Docket No. O3-30043-MAP; and (2) permit defense counsel to incur expenses for copies of said transcripts and ASCII disks for the following reason(s):

1. This Motion is a supplement to defense counsel's *1/25/05 Motion for Order of Transcript and Permission to Incur Expenses.*

*2.* In addition to the transcripts of the trial proceedings in the case of <u>United States v. Henry Lee</u>, defense counsel is requesting ASCII disks to assist in reviewing the text of the transcripts with the assistance of software, which will make the review much more efficient.

WHEREFORE, defendant prays that this Motion be granted.

RESPECTFULLY SUBMITTED,
DEFENDANT, IVAN TELEGUZ,


By: /s/David J. Wenc
    David J. Wenc, His Attorney
    44 Main Street
    Windsor Locks, CT 06096
    860-623-1195
    BBO #549400


## CERTIFICATION

I hereby certify that on February 4, 2005 I served a copy of the foregoing Motion by electronic filing or U.S. mail, first-class postage prepaid, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103


/s/ David J. Wenc
David J. Wenc, Esq