UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

CASE NO. 02-30043  MAP

V.

IVAN TELEGUZ, ET AL

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for an Evidentiary Hearing/Argument on all pending Motions to Suppress on 4/27/05 at 2:00 p.m. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor. Counsel shall refer to Order issued on 12/30/04 for clarification of Motions.

| | |
|---|---|
| __4/8/05__ | SARAH THORNTON |
| Date | CLERK OF COURT |
| | By: /s/ Elizabeth A. French |
| | Deputy Clerk |

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                  [kntchrgcnf.]
                                                                [ntchrgcnf.]