UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                    October 27, 2005

## MOTION TO EXCUSE DEFENSE COUNSEL FROM 11/4/05 STATUS CONFERENCE PLUS UPDATE ON STATUS OF IVAN TELEGUZ

NOW comes David J. Wenc, defense counsel for the Defendant, IVAN TELEGUZ, and hereby moves this Honorable Court to excuse him from attending the status conference scheduled for 11/4/05 at 2:00 p.m. for the following reason(s):

1. Defense counsel is scheduled to start a personal injury trial on behalf of a plaintiff on November 15, 2005 in Holyoke District Court.

2. Defense counsel has attempted to schedule the deposition of the defendant in the Holyoke case for November 2, 2005. However, the only time both the defendant and his counsel are available is November 4, 2005 @ 2:00 p.m.

3. Defense counsel spoke with Mr. Teleguz's Virginia capital counsel. Capital counsel stated that Mr. Teleguz's death penalty case will not proceed until February 2006.

4. To date, Mr. Teleguz has no intention of changing his plea in this case.

5. Defense counsel will be prepared to proceed to trial in this case on November 28, 2005 as long as Mr. Teleguz can be transported here for the trial.

6. Mr. Teleguz will need the assistance of a Russian speaking interpreter.

WHEREFORE, defense counsel prays that this motion be granted.

                RESPECTFULLY SUBMITTED,
                DEFENDANT, IVAN TELEGUZ,


By: /s/ David J. Wenc
    David J. Wenc, His Attorney
    WENC LAW OFFICES
    44 Main Street
    P.O. Box 306
    Windsor Locks, CT 06096
    860-623-1195
    BBO #549400

## **CERTIFICATION**

I hereby certify that on October 27, 2005 I served copy of the foregoing Motion by CMECF to all defense counsel of record as well as, to:

Assistant U.S. Attorney Kevin O'Regan
Federal Building & Courthouse
1550 Main Street
Springfield, MA  01103

                /s/ David J. Wenc
                David J. Wenc, Esq