**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,         CRIM. NO. 02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                  November 04, 2005

### REPORT TO COURT BY THE DEFENDANT, IVAN TELEGUZ

Pursuant to this Court's order of October 28, 2005, the defendant, IVAN TELEGUZ, reports as follows:

1. As of this date, the defendant, TELEGUZ, intends to proceed to jury selection on November 28, 2005;

2. The defendant, TELEGUZ, requires the services of a Russian-speaking interpreter/translator for jury selection and trial;

3. The defendant, TELEGUZ, requests that this Court establish a schedule for filing motions in limine, voir dire questions, a jury questionnaire and jury instructions.

                              RESPECTFULLY SUBMITTED,
                              DEFENDANT, IVAN TELEGUZ,

                              By: /s/<u>David J. Wenc</u>
                                  David J. Wenc, His Attorney
                                  44 Main Street
                                  Windsor Locks, CT 06096
                                  860-623-1195
                                  BBO #549400

**CERTIFICATION**

  I hereby certify that on November 04, 2005 I served a copy of the foregoing Report by electronic filing, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

            /s/ David J. Wenc
            David J. Wenc, Esq.