# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:    SHERIFF, ROCKINGHAM COUNTY JAIL; 25 SOUTH LIBERTY ST, HARRISBURG, VA

YOU ARE COMMANDED to have the body of ___IVAN TELEGUZ___

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on ___November 28, 2005___, at ___9:00 a.m.___

for the purpose of ___JURY TRIAL___

in the case of    UNITED STATES OF AMERICA V.    ___IVAN TELEGUZ, ET AL___

CR Number ___02-30043___

And you are to retain the body of said ___IVAN TELEGUZ___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ___IVAN TELEGUZ___ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this ___9TH___ day of ___NOVEMBER 2005___ .


MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE

        SEAL

SARAH A. THORNTON
CLERK OF COURT

/s/Elizabeth A. French
By:_____
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)