```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
          v.                 )  02-CR-30043-MAP
                             )
IVAN TELEGUZ, ET AL,         )
          Defendants         )
```

ORDER

November 16, 2005

PONSOR, U.S.D.J.

   The defendant Teleguz is scheduled to go to trial with two co-defendants on November 28, 2005. This trial date has been scheduled for months, interpreters have been arranged, and attorney schedules adjusted to insure that the trial goes forward on this date.

   The U. S. Marshal's Service is hereby <u>Ordered</u> to produce the defendant Teleguz for trial sufficiently in advance of November 28, 2005 to insure that the trial goes forward on schedule.

   It is So Ordered.

                              /s/ Michael A. Ponsor
                              _____
                              MICHAEL A. PONSOR
                              U. S. District Judge