UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                  November 16, 2005

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE IN LIMINE MOTIONS, VOIR DIRE QUESTIONS, AND PROPOSED JURY INSTRUCTIONS**

    NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court for an extension of time by four days within which to file in limine motions, voir dire questions, and proposed jury instructions or until November 21, 2005 for the following reason(s):

    1. Defense counsel is unable to complete pretrial motions by the Court's scheduled date of November 16, 2005, because he was preparing for a trial which started on November 15, 2005 in the matter of <u>McElroy vs. Kelly</u>, Commonwealth of Massachusetts, Holyoke District Court, and Docket No. 0417CV154.

    2. Defense counsel telephoned Assistant U.S. Attorney Kevin O'Regan.  AUSA O'Regan was unavailable.  Therefore, defense counsel does not know the government's position regarding this motion.

WHEREFORE, defendant prays that this Motion be granted.

>RESPECTFULLY SUBMITTED,
>
> DEFENDANT, IVAN TELEGUZ,
>
> By: /s/ David J. Wenc_____
>      David J. Wenc, His Attorney
>      WENC LAW OFFICES
>      44 Main Street
>      P.O. Box 306
>      Windsor Locks, CT 06096
>      860-623-1195
>      BBO #549400

### CERTIFICATION

I hereby certify that on November 16, 2005 I served a copy of the foregoing Report by electronic filing, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

> /s/ David J. Wenc
> David J. Wenc, Esq.