```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,          CRIM. NO. 02-030043-MAP

      Plaintiff,

vs.

IVAN TELEGUZ,

      Defendant.                November 21, 2005

**<u>VOIR DIRE QUESTIONS BY THE DEFENDANT IVAN TELEGUZ</u>**

1. Have you ever been a member of any police force, law enforcement agency, district attorney's office, security agency or any organization whose primary purpose is related to law enforcement? Do you have any relatives or close friends who have been members of any police force, law enforcement agency, and district attorney's office or security agency? If so, describe your relationship with that person. How would that membership affect your ability to judge the evidence in this case?

2. Are you an active member of or do you participate in a crime prevention committee in your community? Do you have any relatives or close friends who are members of such committees? If so, describe the committee and its purpose.

3. Are you an active member of or do you participate in any community group whose purpose is to prevent gun violence or to educate the public about gun use and abuse? Do you have any

   relatives or close friends who are members of such groups? If so, please describe the group.
4. IVAN TELEGUZ is charged in this case with dealing in firearms without a license, possession of firearms with obliterated serial numbers and conspiracy. Is there anything about the nature of these charges that would make it difficult for you to sit as a juror on this case?
5. There has been extensive media attention during the past several months regarding guns and gun violence. Please describe what you have seen, heard or read. Has that information affected your opinion of people charged with gun offenses? How would it affect your ability to be impartial toward someone charged with gun offenses?
6. Have you, any of your relatives or close friends had any experiences as victims of crimes? If so, please describe the incidents. Did you believe that use of guns contributed in any way to those incidents? Would your experiences make it difficult for you to fairly and impartially hear the evidence in this case?
7. IVAN TELEGUZ is Russian. Are you aware of any personal experiences or feelings with regard to Russian people that might influence your decision in this case? If so, please explain.
8. Do you believe that Russian persons are more likely to commit crimes than other groups of people?

9. Do you believe that Russian persons as a group are more likely to use and sell guns than other groups of people?
10. Some of the witnesses at trial will be of Russian origin. Do you think that Russian persons will lie or exaggerate on the witness stand to help one another?
11. **ASK ONLY IF THIS COURT DOES NOT PRECLUDE REFERENCES TO RUSSIAN ORGANIZED CRIME PER IN LIMINE MOTIONS.** There will be testimony during this trial that IVAN TELEGUZ is a member of a Russian organized crime group. Do you have an opinion as to the purpose of such groups? What is your opinion?
12. Have you, any relative or close friend ever had an unpleasant or dangerous encounter with such a group? Please describe the incident.
13. There will be testimony during this trial that police officers secretly recorded IVAN TELEGUZ via video tape. Would that fact make it difficult for you to fairly and impartially hear the evidence in this case?
14. There will be testimony during this trial that police officers secretly recorded some of IVAN TELEGUZ's conversations via audiotape. Would that fact make it difficult for you to fairly and impartially hear the evidence in this case?
15. You will hear testimony during the trial about a Russian Bakery, which is located at _____ West Springfield, Massachusetts. Are you familiar with that location? If so, what do you know about the area?

16. You may hear testimony during this trial from a government informant. Do you think that government informants are more likely to be truthful than other people? If, during the trial, a government informant and another witness were to give conflicting descriptions of the same event, would you tend to give more weight to the government informant's testimony just because he is an informant for the government?

17. Do you understand that you have no legal obligation to like or feel comfortable with persons of Russian origin but that you do have an obligation to tell the Court your feelings candidly and accurately? If, during the trial, the testimony of non-Russian witnesses is contradicted by the testimony of Russian witnesses, all other things being equal, would you tend to think that the testimony of the non-Russian witnesses was more believable?

18. During the trial, IVAN TELEGUZ and some of the witnesses may be assisted by an interpreter. Do you believe that persons of foreign origin who live in the United States should learn the English language and should be required to speak English in public places?

19. Do you think that police officers are more likely to be truthful than other people? If, during the trial, a police officer and another witness were to give conflicting descriptions of the same event, would you tend to give more

    weight to the police officer's testimony just because he is a police officer?
20. Do you believe that a grand jury hearing and an indictment against a person would indicate that person is guilty of the crimes with which he is charged?
21. Does the fact that IVAN TELEGUZ has been arrested and brought to trial indicate to you that he must have done something wrong?
22. Do you feel that IVAN TELEGUZ has a responsibility to prove his innocence?
23. Under our system of law, a defendant in a criminal trial has a guaranteed right to be considered innocent until proven guilty. Do you think defendants in a criminal trial should be made to prove their innocence?
24. The defendant in a criminal case has an absolute right not to testify. Would you hold it against IVAN TELEGUZ in any way if he did not testify in this case?
25. Do you understand that IVAN TELEGUZ is presumed to be innocent? Do you understand that the fact that he has been arrested and charged with a crime and is now before you for trial should not be considered by you as evidence that he is or may be guilty of the charge?
26. Do you understand that even though a grand jury has heard some evidence to return the indictments charging IVAN TELEGUZ with

these offenses that does not mean there is proof beyond a reasonable doubt that he committed these offenses?
27. Do you understand that the prosecution has the burden of proving to you beyond a reasonable doubt each and every element of each of the crimes charged? Do you understand that this means that our system does not require IVAN TELEGUZ to prove his innocence to you but rather gives the prosecution the responsibility for proving that he is guilty beyond a reasonable doubt?
28. Do you understand that reasonable doubt means that after hearing and evaluating all of the evidence, if you do not feel an abiding conviction, to a moral certainty, of the truth of the charge, then you must find IVAN TELEGUZ not guilty?
29. If you came to the conclusion that the prosecution had not proven the guilt of IVAN TELEGUZ beyond a reasonable doubt but you found that a majority of the other jurors believed IVAN TELEGUZ was guilty, would you feel in any way pressured to change your verdict only because you were in the minority?
30. Have you previously served on a jury? Was it a civil or a criminal case? How do you feel about our system of justice as a result of your prior jury experience? Was there anything about that experience that would make it difficult for you to render a fair and impartial verdict in this case?
31. Finally, is there anything you have heard so far or is there any other reason that would make you feel uncomfortable

sitting as a juror on this case? Is there any reason why you would prefer to be excused?

Respectfully Submitted,

DEFENDANT, IVAN TELEGUZ,

By: /s/ David J. Wenc
David J. Wenc, His Attorney
WENC LAW OFFICES
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
860-623-1195
BBO #549400

**CERTIFICATION**

I hereby certify that on November 21, 2005 I served a copy of the foregoing Report by electronic filing, to all counsel of record, except that a copy was mailed 1st class to: Richard J. Maggi, Esq., 73 Chestnut Street, Springfield, MA 01103.

/s/ David J. Wenc
David J. Wenc, Esq.