```
                  UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
           v.               ) 02-CR-30043-MAP
                            )
IVAN TELEGUZ,               )
           Defendant        )
```

ORDER

November 30, 2005

PONSOR, U.S.D.J.

The schedule for trial in this matter will be as follows:

```
Dec. 1-2, 2005:     9:00 a.m. to 1:00 p.m.
Dec. 5, 2005:       9:00 a.m. to 1:00 p.m.; 2:00 p.m. to 4:00 p.m.
Dec. 6, 2005:       9:00 a.m. to 11:30 a.m.
Dec. 7, 2005:       9:00 a.m. to 1:00 p.m.
Dec. 8, 2005:       9:00 a.m. to 12:45 p.m.
Dec. 9, 2005:      10:00 a.m. to 1:00 p.m.
Dec. 12-14, 2005:   9:00 a.m. to 1:00 p.m.
```

Note: Upon reasonable notice, if the court's schedule permits, additional hours may be committed to the trial. Once the jury commences deliberations, the court will extend the day to 5:00 p.m.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge