UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA</u>

v.                                CASE NO.  02-30043-MAP

**IVAN TELEGUZ**

<u>VERDICT FORM</u>

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT (GUILTY)  NOT GUILTY  OF CONSPIRACY TO DEAL FIREARMS WITHOUT A LICENSE  (Count one)

12-14-05
DATE

_____
FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASE NO.   02-30043-MAP

IVAN TELEGUZ

**VERDICT FORM**

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT  (GUILTY)   NOT GUILTY   OF CONSPIRACY TO POSSESS OR RECEIVE FIREARMS FROM WHICH THE MANUFACTURER'S SERIAL NUMBERS HAD BEEN REMOVED OR OBLITERATED (Count two)

12-14-05
DATE

[Foreperson's Signature]
FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA**</u>

v.   CASE NO. __02-30043-MAP__

**IVAN TELEGUZ**

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT (GUILTY) ~~NOT GUILTY~~ OF KNOWINGLY POSSESSING AT LEAST ONE FIREARM FROM WHICH THE MANUFACTURER'S SERIAL NUMBER HAD BEEN REMOVED OR OBLITERATED, ON OR ABOUT AUGUST 25, 2002 (Count four)

DATE 12-14-05

_[signature]_
FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                           CASE NO.   02-30043-MAP

IVAN TELEGUZ

**VERDICT FORM**

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT (GUILTY)   NOT GUILTY   OF KNOWINGLY POSSESSING AT LEAST ONE FIREARM FROM WHICH THE MANUFACTURER'S SERIAL NUMBER HAD BEEN REMOVED OR OBLITERATED, ON OR ABOUT AUGUST 30, 2002 (Count five)

DATE 12-14-05

FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    CASE NO.   02-30043-MAP

IVAN TELEGUZ


**VERDICT FORM**

WE, THE JURY, UNANIMOUSLY FIND THE DEFENDANT (GUILTY) NOT GUILTY OF KNOWINGLY POSSESSING AT LEAST ONE FIREARM FROM WHICH THE MANUFACTURER'S SERIAL NUMBER HAD BEEN REMOVED OR OBLITERATED, OR AIDING AND ABETTING THIS CRIME, ON OR ABOUT OCTOBER 3, 2002   (Count six)

MAP
12/14/05

DATE 12-14-05                         [signature]
                                      FOREPERSON'S SIGNATURE

(VERDICT.WPD - 10/96)