UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,               CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                        December 16, 2005

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE POST-TRIAL MOTIONS

NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court for an extension of time by THIRTY days within which to file post-trial motions until January 13, 2006 for the following reason(s):

1. Defense counsel is unable to complete post-trial motions within 7 days pursuant to Rule 29/33 because he wants to review the evidence produced during the trial and to craft post-trial motions comprehensive enough for the Court's consideration.

2. Defense counsel spoke with Assistant U.S. Attorney Kevin O'Regan, who does not oppose this motion.

3. ***Rules 29/33 permit this court to extend time as long as the court sets a new time limit within the 7-day period.***

WHEREFORE, defendant prays that this Motion be granted.

RESPECTFULLY SUBMITTED,

DEFENDANT, IVAN TELEGUZ,


By: /s/ David J. Wenc_____
    David J. Wenc, His Attorney
    WENC LAW OFFICES
    44 Main Street
    P.O. Box 306
    Windsor Locks, CT 06096
    860-623-1195
    BBO #549400


**CERTIFICATION**

I hereby certify that on December 16, 2005 I served a copy of the foregoing Report via electronic filing, to all counsel of record.

/s/ David J. Wenc
David J. Wenc, Esq.