UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )  02-CR-30043-MAP<br>)<br>IVAN TELEGUZ,                       )<br>         Defendant          ) | |

MEMORANDUM AND ORDER RE: SENTENCING

March 14, 2006

PONSOR, U.S.D.J.

   The sentencing of Defendant Ivan Teleguz is currently scheduled for May 3, 2006. Because of Defendant's conviction and capital sentence on more serious charges in the State of Virginia, following trial in this case, security arrangements for the transfer of Defendant to this jurisdiction for sentencing will be particularly complex.

   With this in mind, the court has considered the possibility of traveling to Virginia to conduct the sentencing proceeding in the federal court closest to where Defendant is currently being held. The travel expenses of appointed counsel to appear in Virginia would, of course, be covered in this event. Alternatively, the court has considered the possible use of the court's teleconferencing

equipment to sentence Defendant via teleconference.

Counsel for the government and for Defendant will submit individual responses to these potential alternative ways of sentencing Defendant no later than March 31, 2006, if there is an objection based on venue, right of confrontation or other factor. If no response is submitted by that date, the court will assume that there is no objection to either of these approaches.

It is So Ordered.

/s/ Michael A. Ponsor

MICHAEL A. PONSOR
U. S. District Judge