**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,　　　　CRIM. NO. 02-030043-MAP

　　　Plaintiff,

vs.

IVAN TELEGUZ,

　　　Defendant.　　　　　　　　　　MARCH 31, 2006

### REPORT TO COURT BY THE DEFENDANT, IVAN TELEGUZ

Pursuant to this Court's order of March 14, 2006, the defendant, IVAN TELEGUZ, reports as follows:

1. As of this date, the defendant, TELEGUZ, requests that this Court travel to Virginia to sentence him in person;

2. In the alternative, the defendant, TELEGUZ, requests a video-conferenced sentencing hearing instead of a telephone-conferenced hearing;

3. The defendant, TELEGUZ, requests that his defense counsel be present with him regardless of the procedure the Court chooses.

　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　DEFENDANT, IVAN TELEGUZ,

　　　　　　　　　　　　　　By: /s/David J. Wenc
　　　　　　　　　　　　　　　　David J. Wenc, His Attorney
　　　　　　　　　　　　　　　　44 Main Street
　　　　　　　　　　　　　　　　Windsor Locks, CT 06096
　　　　　　　　　　　　　　　　860-623-1195
　　　　　　　　　　　　　　　　BBO #549400

**CERTIFICATION**

    I hereby certify that on March 31, 2006 I served a copy of the foregoing Report by electronic filing, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

                                          /s/ David J. Wenc
                                          David J. Wenc, Esq.