```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
        v.                     )    No. 02CR30043-MAP
                               )
(2) IVAN TELEGUZ,              )
        Defendant.             )
```

Government's Notice Concerning
the Location of the Defendant's Sentencing

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, does not object to either of the proposed approaches for defendant's sentencing set forth in the Court's March 14, 2006, memorandum. If the Court travels to Virginia to sentence the defendant, an Assistant U.S. Attorney from Springfield also will travel to Virginia for the sentencing.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  /s/ Kevin O'Regan
                                   Kevin O'Regan
                                   Assistant U.S. Attorney

                            Date:  April 2, 2006


                      Certificate of Service

                          April 2, 2006

I certify that I caused the foregoing document to be served on counsel for Ivan Teleguz, David Wenc, Esq.

                                          /s/ Kevin O'Regan
                                          Kevin O'Regan
                                          Assistant U.S. Attorney