UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,             CRIM. NO.  02-030043-MAP

    Plaintiff,

vs.

IVAN TELEGUZ,

    Defendant.                       April 27, 2006

## MOTION TO INCUR TRAVEL EXPENSES

NOW comes the defendant, IVAN TELEGUZ, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court, pursuant to Title 18 U.S.C. Section 3006A, to: (1) permit defense counsel to incur travel expenses for the May 3, 2006 sentencing hearing, for the following reason(s):

1. The sentencing hearing will be held via videoconference between Springfield Massachusetts and Harrisonburg Virginia on May 3rd @ 2:00 p.m.

2. Mr. Teleguz has requested defense counsel's physical presence in Virginia in order to represent the defendant at the sentencing hearing.

3. To date, defense counsel has investigated the following means of transportation to Virginia: (1) Air Flight from BDL to BWI via Southwest Airlines round trip on May 3rd will cost approximately $230.00. (2) Air Flight from BDL to IAD (Dulles) via United Express round trip on May 3rd will cost approximately

$670.00. (3) A rental car for a 3+ hour ride from BWI to Harrisonburg will cost approximately $140.00. (4) A rental car for a 2+ hour ride from IAD to Harrisonburg will cost approximately $85.00.

WHEREFORE, defendant prays that this Motion be granted.

```
                        RESPECTFULLY SUBMITTED,
                        DEFENDANT, IVAN TELEGUZ,


                    By: /s/David J. Wenc
                        David J. Wenc, His Attorney
                        44 Main Street
                        Windsor Locks, CT 06096
                        860-623-1195
                        BBO #549400
```

### CERTIFICATION

I hereby certify that on April 27, 2006 I served a copy of the foregoing Motion by electronic filing or U.S. mail, first-class postage prepaid, to all counsel of record, including:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street
Springfield, MA  01103

```
                        /s/ David J. Wenc
                        David J. Wenc, Esq
```