```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
            v.              )  02-CR-30043-MAP
                            )
IVAN TELEGUZ,               )
            Defendant       )
```

ORDER RE: SENTENCING PROCEEDINGS

April 27, 2006

PONSOR, U.S.D.J.

Counsel appeared for a status conference in connection with the sentencing of Defendant Ivan Teleguz, currently scheduled for May 3, 2006 at 3:00 p.m. At that time, the court discussed the use of video conferencing equipment to conduct the sentencing. The use of this equipment is indicated based upon Defendant's recent conviction in state court in Virginia of a crime carrying a potential death sentence.

In order to effectuate sentencing via video conferencing, the court orders that counsel for Defendant be reimbursed, under the ordinarily applicable regulations, for his travel, rental car and (if necessary) accommodations to travel to Virginia to be present with Defendant during his

sentencing.

In addition, the court orders that counsel for Defendant discuss with, and, if Defendant is agreeable, obtain Defendant's signature on the attached waiver of his right to appear in person for sentencing and agreement to proceed via video conference.

It is So Ordered.

_____
MICHAEL A. PONSOR
U. S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 02-CR-30043-MAP |
| | ) |
| IVAN TELEGUZ, | ) |
| Defendant | ) |

**WAIVER OF RIGHT TO APPEAR IN PERSON
FOR SENTENCING AND AGREEMENT TO
PROCEED WITH SENTENCING VIA
VIDEO CONFERENCE**

April 27, 2006

I, Ivan Teleguz, Defendant in the above-entitled matter, have been informed of my right to be sentenced before the sentencing judge, in person. With knowledge of this right, I hereby waive my right to appear before the judge who will be sentencing me and agree that my sentencing may proceed via video conference. I have discussed this issue thoroughly with my lawyer before agreeing to this waiver.

_____
IVAN TELEGUZ

_____
DEFENSE COUNSEL

Date:_____