UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02-CR-30043-MAP |
| | ) | |
| IVAN TELEGUZ, | ) | |
| Defendant | ) | |

**WAIVER OF RIGHT TO APPEAR IN PERSON
FOR SENTENCING AND AGREEMENT TO
PROCEED WITH SENTENCING VIA
VIDEO CONFERENCE**

April 27, 2006

I, Ivan Teleguz, Defendant in the above-entitled matter, have been informed of my right to be sentenced before the sentencing judge, in person. With knowledge of this right, I hereby waive my right to appear before the judge who will be sentencing me and agree that my sentencing may proceed via video conference. I have discussed this issue thoroughly with my lawyer before agreeing to this waiver.

_____
IVAN TELEGUZ

_____
DEFENSE COUNSEL

Date: 5/3/2006