UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              Criminal No. 02-30043-MAP

IVAN TELEGUZ

## NOTICE OF APPEAL

Notice is hereby given that IVAN TELEGUZ, Defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the conviction and sentence entered in this matter on May 03, 2006.

Dated:  May 04, 2006                /s/ DAVID J. WENC
                                    IVAN TELEGUZ, DEFENDANT,
                                    By David J. Wenc, His Attorney
                                    WENC LAW OFFICES
                                    44 Main Street
                                    Windsor Locks, CT 06096-0306
                                    Tel. (860) 623-1195
                                    BBO #549400

## CERTIFICATE OF SERVICE

I hereby certify that on May 04, 2006, I served a copy of the foregoing Notice of Appeal by CMECF, to all counsel of record.

                                    /S/ DAVID J. WENC
                                    David J. Wenc, Esq.