UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.R. 02-30043-MAP

USDC Docket Number :

UNITED STATES OF AMERICA,

v.

IVAN TELEGUZ

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #'s 47, 65, 70, 71, 76, 77, 78,. 80-83, 85-87, 90, 94, 95, 96, 99, 101, 105-111, 117-120, 124, 130, 134, 136, 138, 139, 142, 151-153, 155, 156, 158, 159, 166, 170-172, 179, 181, 182, 183, 187-189, 194, 203, 204, 211, 212, 214, 216, 217 & 219.

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on May 4, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .May 5, 2006.

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\ClerksCertificate-COA.frm- 3/06

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:02-cr-30043-MAP-2

Case title: USA v. Safanov                              Date Filed: 12/19/2002

Assigned to: Judge Michael A Ponsor

**Defendant**

Ivan Teleguz (2)                     represented by **David J. Wenc**
TERMINATED: 05/04/2006                              Wenc Law Offices
                                                    44 Main Street
                                                    P.O. Box 306
                                                    Windsor Locks, CT 06096
                                                    860-623-1195
                                                    Fax: 860-292-6705
                                                    Email: davidjwenc@wenclaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

**Pending Counts**                                  **Disposition**

                                                    51 months imprisonment to consist of
                                                    terms of 51 months on each count, all
                                                    served concurrently w/one another;
                                                    terms of judgment are to run
                                                    concurrently w/any sentence imposed
                                                    on the def. by State of Virginia, This
                                                    sentence is to begin today; 3 yrs sup.
                                                    rel. to consist of terms of 3 yrs on all
18:371, 18:922(a)(1)(A) Conspiracy to               counts, all to be served concurrently
deal firearms without a license                     w/one another; Def. prohibited from
(1)                                                 poss. firearm, destructive device or
                                                    other dangerous weapon; submit to
                                                    collection of DNA as directed; If
                                                    ordered deported, def. to leave US and
                                                    not to return w/o prior permission;
                                                    Participate in mental health treatment
                                                    program as directed and contribute to
                                                    costs based on ability to pay; $500
                                                    assessment due immediately;

                                                    51 months imprisonment to consist of
                                                    terms of 51 months on each count, all
                                                    served concurrently w/one another;

| | |
|---|---|
| 18:371, 18:922(k) Conspiracy to possess firearms with obliterated serial numbers<br>(2) | terms of judgment are to run concurrently w/any sentence imposed on the def. by State of Virginia, This sentence is to begin today; 3 yrs sup. rel. to consist of terms of 3 yrs on all counts, all to be served concurrently w/one another; Def. prohibited from poss. firearm, destructive device or other dangerous weapon; submit to collection of DNA as directed; If ordered deported, def. to leave US and not to return w/o prior permission; Participate in mental health treatment program as directed and contribute to costs based on ability to pay; $500 assessment due immediately; |
| 18:922(k), 18:2 Possession of firearms with obliterated serial numbers and aiding abetting<br>(4) | 51 months imprisonment to consist of terms of 51 months on each count, all served concurrently w/one another; terms of judgment are to run concurrently w/any sentence imposed on the def. by State of Virginia, This sentence is to begin today; 3 yrs sup. rel. to consist of terms of 3 yrs on all counts, all to be served concurrently w/one another; Def. prohibited from poss. firearm, destructive device or other dangerous weapon; submit to collection of DNA as directed; If ordered deported, def. to leave US and not to return w/o prior permission; Participate in mental health treatment program as directed and contribute to costs based on ability to pay; $500 assessment due immediately; |
| 18:922(k) Possession of firearms with obliterated serial numbers<br>(5) | 51 months imprisonment to consist of terms of 51 months on each count, all served concurrently w/one another; terms of judgment are to run concurrently w/any sentence imposed on the def. by State of Virginia, This sentence is to begin today; 3 yrs sup. rel. to consist of terms of 3 yrs on all counts, all to be served concurrently w/one another; Def. prohibited from poss. firearm, destructive device or other dangerous weapon; submit to collection of DNA as directed; If ordered deported, def. to leave US and |

| | |
|---|---|
| 18:922(k),18:2 Possession of firearms with obliterated serial numbers and aiding abetting<br>(6) | not to return w/o prior permission; Participate in mental health treatment program as directed and contribute to costs based on ability to pay; $500 assessment due immediately;<br><br>51 months imprisonment to consist of terms of 51 months on each count, all served concurrently w/one another; terms of judgment are to run concurrently w/any sentence imposed on the def. by State of Virginia, This sentence is to begin today; 3 yrs sup. rel. to consist of terms of 3 yrs on all counts, all to be served concurrently w/one another; Def. prohibited from poss. firearm, destructive device or other dangerous weapon; submit to collection of DNA as directed; If ordered deported, def. to leave US and not to return w/o prior permission; Participate in mental health treatment program as directed and contribute to costs based on ability to pay; $500 assessment due immediately; |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |

**Highest Offense Level (Terminated)**

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

**Notice**

**Pretrial Services**

**Plaintiff**

| | |
|---|---|
| USA | represented by **Andrew Levchuk**<br>United States Attorney's Office |

1550 Main Street
Springfield, MA 01103
413-785-0235
*TERMINATED: 04/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin O'Regan**
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0142
Fax: 413-785-0394
Email: kevin.o'regan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2004 | 47 | INDICTMENT as to Aleksey Safanov (1) count(s) 1ss, 2ss, 3ss, 4ss, 7ss, 8ss, 9ss, 10ss, 13ss, Ivan Teleguz (2) count(s) 1, 2, 4, 5, 6, Roman Zhirnov (3) count(s) 1, 2, 6, 11-12, Andrey Buynovskiy (4) count(s) 1, Michael Quickel (5) count(s) 1. (Hurley, Virginia) (Entered: 02/05/2004) |
| 02/05/2004 |  | Notice of correction to docket made by Court staff. Correction: Motion for Release corrected because: docketed out of order- to be reentered as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 02/05/2004) |
| 02/09/2004 | 65 | Rule 40 Documents Received as to Ivan Teleguz from District of Oregon. (Healy, Bethaney) (Entered: 02/11/2004) |
| 02/17/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Mag. Judge Kenneth P. Neiman. :Initial Appearance as to Ivan Teleguz, Michael Quickel held on 2/17/2004. Defts advised of rights, and request appointment of counsel. (Interpreter present, but Defts indicate in court that no interpreter is needed.) Matter continued for arraignment at 3:30 this day. Clerk to make further efforts to find CJA counsel. (Tape #digital.) (Healy, Bethaney) (Entered: 02/17/2004) |
| 02/17/2004 | 70 | NOTICE re automatic disclosure as to Ivan Teleguz (Healy, Bethaney) (Entered: 02/17/2004) |
| 02/17/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Mag. Judge Kenneth P. Neiman. Arraignment as to Ivan Teleguz (2) Count 1,2,4,5,6 and Michael Quickel (5) Count 1 held on 2/17/2004. Defts plead not guilty to charges. Schedule estd with order to issue. Colloquy re: Deft Quickel's conditions of release. Conditions modified as follows: Deft to maintain/actively seek employment. (Tape #digital.) (Healy, Bethaney) (Entered: 02/17/2004) |
| 02/17/2004 | 71 | Mag. Judge Kenneth P. Neiman. SCHEDULING ORDER as to Ivan |

|  |  |  |
|---|---|---|
|  |  | Teleguz, Michael Quickel ENTERED, cc:cl. Status Conference set for 3/17/2004 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memorandum by 3/15/04. (Healy, Bethaney) (Entered: 02/17/2004) |
| 03/17/2004 | 76 | JOINT MEMORANDUM pursuant to L.R. 116.5(A) of the parties re initial status conference by Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel filed. (Finn, Mary) (Entered: 03/17/2004) |
| 03/17/2004 |  | Attorney update in case as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel. Attorney David J. Wenc for Ivan Teleguz, Richard J. Maggi for Michael Quickel added. Attorney George Nassar terminated. (Healy, Bethaney) (Entered: 03/17/2004) |
| 03/17/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 3/17/2004. Colloquy re: discovery. Scheduling order and status report to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 03/18/2004) |
| 03/17/2004 | 77 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Interim Status Conference set for 4/30/2004 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 4/28/04. (Healy, Bethaney) (Entered: 03/18/2004) |
| 03/17/2004 | 78 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel, ISSUED, cc:cl. (Healy, Bethaney) (Entered: 03/18/2004) |
| 04/30/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 4/30/2004. Counsel for Defendants sign joint memorandum. Colloquy re: status of case and Speedy Trial calculation. Court makes inquiry into waiver of Speedy Trial time. Court makes finding on record that time is excluded from date of return of Second Superseding Indictment (January 20, 2004) and date of next Status Conference (June 28, 2004). Scheduling Order and Order on Excludable Delay to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 80 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Interim Status Conference set for 6/28/2004 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memorandum due by 6/25/04. (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 81 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as |

| | | |
|---|---|---|
| | | to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 82 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Time excluded from January 20, 2004 until June 28, 2004. (Healy, Bethaney) (Entered: 04/30/2004) |
| 04/30/2004 | 83 | JOINT MEMORANDUM of the parties re interim status conference by Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 05/03/2004) |
| 05/03/2004 | | Notice of correction to docket made by Court staff. Correction: Second Entry of Clerk's Notes from 4/30/04 Status Conference corrected because: duplicate entry was deleted. as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 05/03/2004) |
| 06/28/2004 | 85 | JOINT MEMORANDUM pursuant to L.R. 116.5(A) of the parties re initial status conference by Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel, Aleksey Safanov filed. (Finn, Mary) (Entered: 06/28/2004) |
| 06/28/2004 | | Electronic Clerk's Notes for proceedings held before Judge Kenneth P. Neiman :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 6/28/2004. Final status conference on 9/10/04 @ 11:30 AM. (Court Reporter CD Recorder.) (Stuckenbruck, John) (Entered: 06/28/2004) |
| 06/28/2004 | 86 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel. Final Status Conf. set for 9/10/2004 at 11:30 AM in Courtroom 3 before Magistrate Kenneth P. Neiman, at which time the Court will address any outstanding discovery motions. Parties joint memorandum due by close of business on 9/09/2004; cc/cl. (Finn, Mary) (Entered: 06/29/2004) |
| 06/28/2004 | 87 | Judge Kenneth P. Neiman : INTERIM STATUS REPORT as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel entered. Status Conference set for 9/10/2004 at 11:30 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) Modified on 6/29/2004 (Finn, Mary). (Entered: 06/29/2004) |
| 08/02/2004 | 90 | Memorandum from Pretrial Services as to Ivan Teleguz re: request for lodging of detainer. (Healy, Bethaney) (Entered: 08/02/2004) |
| 08/02/2004 | | Magistrate Judge Kenneth P. Neiman. ENDORSEMENT as to Ivan Teleguz re 90 Pretrial Services Memo, ENTERED, cc:cl. "I concur. Please check to see if Defendant is being held in Harrisburg, Virginia, or Harrisburg, Pennsylvania. Detainer to issue." (Healy, Bethaney) (Entered: 08/03/2004) |
| | | |

| 08/03/2004 | ●91 | Arrest Warrant Issued as to Ivan Teleguz. (Arrest Warrant issued as detainer pursuant to Endorsement on 90 Pretrial Services Memo. Original warrant forwarded to U.S.M.S. this day.) (Healy, Bethaney) (Entered: 08/03/2004) |
|---|---|---|
| 09/10/2004 | ●94 | JOINT MEMORANDUM of the parties re initial status conference by Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 09/10/2004) |
| 09/10/2004 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys O'Regan, Wenc, Sclafani, Maggi, Bernard, Black) appear for Final Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 9/10/2004. Colloquy re: status of discovery. Schedule to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 09/10/2004) |
| 09/10/2004 | ●95 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel ENTERED, cc:cl. Pretrial Conference set for 10/21/2004 02:00 PM in Courtroom 2 before Honorable Michael A Ponsor; motion hearing re: Deft Safanov's motion for discovery on 9/22/04 at 2:30 p.m. in Courtroom III. (Healy, Bethaney) (Entered: 09/10/2004) |
| 09/10/2004 | ●96 | Magistrate Judge Kenneth P. Neiman. STATUS REPORT as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (Healy, Bethaney) (Entered: 09/10/2004) |
| 10/21/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 10/21/2004 Motions due by 11/19/2004; Oppositions by 12/10/04; MOTION HEARING SET FOR 12/15/04 AT 2:00 P.M. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 10/21/2004) |
| 10/29/2004 | ●99 | MOTION for Speedy Trial *Order of Excludable Delay* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel by USA. (O'Regan, Kevin) (Entered: 10/29/2004) |
| 11/03/2004 | ● | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 99 Motion for Order of Excludable Delay as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5), ENTERED, cc:cl. See Order issued this day. (Healy, Bethaney) (Entered: 11/03/2004) |
| 11/18/2004 | ●101 | MOTION to Extend Time to File file pretrial motions as to Ivan Teleguz. (Lindsay, Maurice) (Entered: 11/18/2004) |
| 11/23/2004 | ● | Judge Michael A Ponsor : Electronic ORDER entered granting [102] Motion for Extension of Time as to Aleksey Safanov (1); granting 101 Motion for Extension of Time as to Ivan Teleguz (2) Pretrial Motions to be filed by 11/29/04 (French, Elizabeth) (Entered: 11/23/2004) |

| 12/03/2004 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel Motion Hearing reset for 12/29/2004 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/03/2004) |
|---|---|---|
| 12/05/2004 | 105 | MOTION to Dismiss for Lack of Jurisdiction as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/05/2004 | 106 | MOTION to Sever Defendant as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/05/2004 | 107 | MOTION to Suppress *Secret Recordings* as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/05/2004 | 108 | MOTION to Suppress *Identifications* as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/05/2004 | 109 | MOTION to Suppress *Statements* as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/05/2004 | 110 | MOTION to Suppress *Videotape Evidence* as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/05/2004 | 111 | MOTION for Extension of Time to 12/06/2004 to File pretrial motions *nunc pro tunc to 11/29/2004* as to Ivan Teleguz. (Wenc, David) (Entered: 12/05/2004) |
| 12/06/2004 | | Judge Michael A Ponsor : ELECTRONIC ENDORSED ORDER entered granting the Deft's 111 Motion for Extension of Time to File as to Ivan Teleguz (2); cc/cl. (Finn, Mary) (Entered: 12/06/2004) |
| 12/19/2004 | 117 | MOTION for Extension of Time to File *Response to Defendants' Pretrial Motions* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel by USA. (O'Regan, Kevin) (Entered: 12/19/2004) |
| 12/22/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 117 Government's Motion for Extension of Time to December 23, 2004, to File Response to Defendants' Pretrial Motions as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), and Michael Quickel (5). (Neiman, Kenneth) (Entered: 12/22/2004) |
| 12/26/2004 | 118 | MOTION for Extension of Time to File *Response to Defendants' Motions* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel by USA. (O'Regan, Kevin) (Entered: 12/26/2004) |
| 12/26/2004 | 119 | Opposition by USA as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel re [115] MOTION to Suppress, 106 MOTION to Sever Defendant, 107 MOTION to Suppress *Secret Recordings*, 108 MOTION to Suppress *Identifications*, 109 MOTION to Suppress *Statements*, 110 MOTION to Suppress *Videotape Evidence*, [100] MOTION to Suppress, 105 MOTION to Dismiss for |

| | | |
|---|---|---|
| | | Lack of Jurisdiction, [112] MOTION to Suppress (O'Regan, Kevin) (Entered: 12/26/2004) |
| 12/27/2004 | 🔘 | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 118 Government's Motion for Extension of Time to December 27, 2004, to File Opposition as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), and Michael Quickel (5). (Neiman, Kenneth) (Entered: 12/27/2004) |
| 12/28/2004 | 🔘120 | First REPLY TO RESPONSE to Motion by Ivan Teleguz re 108 MOTION to Suppress *Identifications*, 109 MOTION to Suppress *Statements*, 110 MOTION to Suppress *Videotape Evidence*, 105 MOTION to Dismiss for Lack of Jurisdiction *by the USA* (Wenc, David) (Entered: 12/28/2004) |
| 12/29/2004 | 🔘 | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Motion Hearing as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 12/29/2004 re [115] MOTION to Suppress filed by Roman Zhirnov, 106 MOTION to Sever Defendant filed by Ivan Teleguz, 107 MOTION to Suppress *Secret Recordings* filed by Ivan Teleguz, 108 MOTION to Suppress *Identifications* filed by Ivan Teleguz, 109 MOTION to Suppress *Statements* filed by Ivan Teleguz, 110 MOTION to Suppress *Videotape Evidence* filed by Ivan Teleguz, 105 MOTION to Dismiss for Lack of Jurisdiction filed by Ivan Teleguz, [112] MOTION to Suppress filed by Aleksey Safanov, [100] MOTION to Suppress filed by Andrey Buynovskiy Order to issue - Rulings made orally on #110, 106, 105; Evidentiary hearing on pending motions to suppress to be 1/26/05 at 2:00 p.m.(Court Reporter Laurie Monaghan.) (French, Elizabeth) (Entered: 12/29/2004) |
| 12/30/2004 | 🔘124 | Judge Michael A Ponsor : MEMORANDUM AND ORDER RE: PENDING MOTIONS entered. Deft. Buynovskiy's motion to suppress - [100] - is set for oral argument on 1/26/2005 at 2:00 P.M. Deft. Teleguz's motion to dismiss - 105 is DENIED, for the reasons stated in Open Court. Deft. Teleguz's motion to sever - 106 is DENIED. Deft. Teleguz's motion to suppress wire communications - 107 is set for an evidentiray hearing on 1/26/2005 at 2:00 P.M. Deft. Teleguz's motion to suppress identification - 108 is DENIED, without prejudice. Deft. may file a suppl. motion to suppress the identification by 1/21/2005, with supporting materials related to the identification. Govt's opp. due 2/11/2005. The Court will rule on the papers or set for argument. Deft. Teleguz's motion to suppress statements made in Oregon - 109 - is DENIED, without prejudice. A suppl. moiton may be filed by 1/21/2005, if counsel deems it appropriate, and opposed by 2/11/2005. Deft. Teleguz's motion to suppress video evidence - 110 is DENIED, for the reasons stated in Open Court. Deft. Safanov's motion to suppress search of automobile - [112] is set for hearing on 1/26/2005 at 2:00 P.M. Clerk to make arrangements for a Russian translator to assist the Deft. Safanov at this hearing. Deft. Zhirnov's motion to suppress - [115] the court will take eviedence on this motion on 1/26/2005 at 2:00 P.M. Even if the evidence warrants |

| | | |
|---|---|---|
| | | suppression as requested by co-deft Safanov, Deft. Zhirnov may have difficulty proving that he has standing to suppress the contents of the search. This purely legal issue may be saved, however, for another date; cc/cl. (Finn, Mary) (Entered: 12/30/2004) |
| 12/30/2004 | | Set/Reset Deadlines/Hearings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel : Deft. Teleguz's suppl. motion to suppress the identification and suppl. motion to suppress statements made in Oregon due 1/21/2005, Govt's opp. due 2/11/2005. Court will rule on papers or set for argument. (Finn, Mary) Modified on 12/30/2004 (Finn, Mary). (Entered: 12/30/2004) |
| 12/30/2004 | | Set/Reset Deadlines as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel [112] MOTION to Suppress, 107 MOTION to Suppress *Secret Recordings*, [115] MOTION to Suppress, [100] MOTION to Suppress. Motions and Evidentiary Hearing set for 1/26/2005 at 02:00 PM before Judge Michael A Ponsor. (Finn, Mary) (Entered: 12/30/2004) |
| 01/25/2005 | 130 | First MOTION for transcripts at government expense as to Ivan Teleguz. (Wenc, David) (Entered: 01/25/2005) |
| 01/28/2005 | 134 | MOTION to Withdraw Document 107 MOTION to Suppress *Secret Recordings* as to Ivan Teleguz. (Wenc, David) (Entered: 01/28/2005) |
| 01/31/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 130 Motion for Transcript of trial proceedings in the case of U.S. v. Henry Lee at Government Expense as to Ivan Teleguz (2) (Copy to Court Reporter) (French, Elizabeth) (Entered: 01/31/2005) |
| 01/31/2005 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 134 Motion to Withdraw Document as to Ivan Teleguz (2) cc/cl (Lindsay, Maurice) (Entered: 01/31/2005) |
| 02/07/2005 | 136 | Second MOTION for transcripts at government expense */ASCII Disks* as to Ivan Teleguz. (Wenc, David) (Entered: 02/07/2005) |
| 02/08/2005 | | Judge Michael A Ponsor : Endorsed ORDER entered denying 136 Motion for Transcript at Government Expense as to Ivan Teleguz (2). The court has not previously required preparation of these disks and knows of no precedent for such an order. (Stuckenbruck, John) (Entered: 02/08/2005) |
| 04/08/2005 | 138 | NOTICE OF HEARING ON MOTION as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel Motion Hearing set for 4/27/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Evidentiary Hearing - Counsel should refer to order issued 12/30/04)(French, Elizabeth) (Entered: 04/08/2005) |
| 04/19/2005 | 139 | Assented to MOTION to Continue to May 6,10,11, or 12, 2005 motion to suppress hearing as to Aleksey Safanov, by Aleksey Safanov. (Lindsay, Maurice) (Entered: 04/19/2005) |
| 04/22/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 139 |

| | | |
|---|---|---|
| | | Motion to Continue as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5) Evidentiary Hearing reset to 5/17/05 at 2:00 p.m. (French, Elizabeth) (Entered: 04/22/2005) |
| 05/17/2005 | | Set/Reset Hearings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel: Status Conference set for 6/6/2005 03:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 05/18/2005) |
| 05/20/2005 | 142 | MOTION for Speedy Trial *Order of Excludable Delay* as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickelby USA. (O'Regan, Kevin) (Entered: 05/20/2005) |
| 05/24/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 142 Motion for Speedy Trial as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5) "The interests of justice, in this circumstance, outweigh te usual interest in a speedy trial". (French, Elizabeth) (Entered: 05/24/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 6/6/2005 Trial set for 11/28/05 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 06/07/2005) |
| 06/07/2005 | | Set/Reset Deadlines/Hearings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel: Jury Trial set for 11/28/2005 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/07/2005) |
| 06/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 6/6/2005. Deft. Quickel's counsel to confer with clkre re: setting a date for Rule 11 hearing. Jury Trial set for 11/28/2005 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. Any defts. who decide to plead guilty shall enter into a plea agreement by 10/31/05. Defenaw counsel will assent to a motion for excludable delay from 6/6/05 - 11/28/05. Deft. Buynovskiy's motion to suppress statements denied from the bench. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 06/07/2005) |
| 10/12/2005 | 151 | NOTICE OF HEARING as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel Status Conference set for 11/4/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/12/2005) |
| 10/27/2005 | 152 | First MOTION To Excuse From Attending Status Conference *on 11/04/2005* as to Ivan Teleguz. (Wenc, David) (Entered: 10/27/2005) |
| 10/28/2005 | | Judge Michael A Ponsor : Electronic EndorsedORDER entered granting 152 Motion to excuse defense counsel from 11/4/05 status conference as to Ivan Teleguz (2) "Allowed on these conditions: 1) counsel will attend |

| | | |
|---|---|---|
| | | if the deposition is moved; 2) defendant's intention is reported; 3) no request for continuance of the trial will be made based on any matters that may emerge at the 11/4/05 conference" (French, Elizabeth) (Entered: 10/28/2005) |
| 11/04/2005 | 153 | STATUS REPORT by Ivan Teleguz (Wenc, David) (Entered: 11/04/2005) |
| 11/04/2005 | 155 | MOTION for Excludable Delay to 11/28/05 as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickelby USA. (French, Elizabeth) (Entered: 11/04/2005) |
| 11/04/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy held on 11/4/2005 Change of Plea set for A. Safanov on 11/18/05 at 2:00 p.m.; Trial shall go forward as to all remaining defendants on 11/28/05 at 9:00 a.m. (Jury selection only) Motions in limine; voir dire; jury instructions due on 11/18/05; (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 11/04/2005) |
| 11/08/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 155 Motion to Exclude as to Aleksey Safanov (1), Ivan Teleguz (2), Roman Zhirnov (3), Andrey Buynovskiy (4), Michael Quickel (5) "In view of the special circumstances summarized in this motion, the Court finds that the interests of justice outweigh the usual interest in a speedy trial." (French, Elizabeth) (Entered: 11/08/2005) |
| 11/09/2005 | 156 | Writ of Habeas Corpus ad Prosequendum Issued as to Ivan Teleguz for 11/28/05 Jury Trial (To marshals this date)(French, Elizabeth) (Entered: 11/09/2005) |
| 11/09/2005 | | Motions terminated as to Ivan Teleguz: 107 MOTION to Suppress *Secret Recordings* filed by Ivan Teleguz,. (Motion withdrawn) (French, Elizabeth) (Entered: 11/09/2005) |
| 11/16/2005 | 158 | Judge Michael A Ponsor : Electronic ORDER entered. as to Ivan Teleguz - U.S. Marshals Service is hereby Ordered to produce the defendnat Teleguz for trial sufficiently in advance of November 28, 2005 to insure that the trial goes forward as scheduled (French, Elizabeth) (Entered: 11/16/2005) |
| 11/16/2005 | 159 | MOTION for Extension of Time to 11/21/05 to File Motions in limine, voir dire and jury instructions as to Ivan Teleguz. (Wenc, David) (Entered: 11/16/2005) |
| 11/17/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 159 Motion for Extension of Time to File motions in limine until 11/21/05 as to Ivan Teleguz (2) (Stuckenbruck, John) (Entered: 11/17/2005) |
| 11/18/2005 | 166 | Proposed Jury Questions by USA as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel (O'Regan, Kevin) (Entered: 11/18/2005) |
| 11/21/2005 | | NOTICE TO COUNSEL as to Aleksey Safanov, Ivan Teleguz, Roman |

| | | Zhirnov, Andrey Buynovskiy: All counsel and defendants to be present on 11/28/05 at 9:00 a.m. for Change of Plea set for Andrey Buynovskiy and Aleksey Safanov (if plea to go forward) and status conference for remaining defendants re: trial motions, etc; TRIAL SHALL GO FORWARD AT 9:00 A.M. ON TUESDAY, 11/29/05 AT 9:00 A.M. (Counsel notified by phone) (Interpreters shall be present) (French, Elizabeth) (Entered: 11/21/2005) |
|---|---|---|
| 11/21/2005 | 170 | MOTION in Limine as to Ivan Teleguz. (Wenc, David) (Entered: 11/21/2005) |
| 11/21/2005 | 171 | Proposed Voir Dire by Ivan Teleguz (Wenc, David) (Entered: 11/21/2005) |
| 11/21/2005 | 172 | Proposed Jury Instructions by Ivan Teleguz (Wenc, David) (Entered: 11/21/2005) |
| 11/22/2005 | 173 | TRANSCRIPT of Proceedings as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel held on 5/17/05 at 2:20 p.m. before Judge Michael A. Ponsor. Court Reporter: Sarah L. Mubarek. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 11/22/2005) |
| 11/28/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Ivan Teleguz held on 11/28/2005 - Trial shall go forward; counsel advises court Ukranian interpreter is needed, Clerk shall make effort to find available interpreter; counsel to report back on 11/29/05 for further status and hearing on motions; (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Motion Hearing as to Ivan Teleguz held on 11/29/2005 re 170 MOTION in Limine filed by Ivan Teleguz, Counsel to be advised by 3:00 p.m. whether trial will go forward on 11/30/05; Efforts made to contract an interpreter to continue (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 |  | Notice as to Ivan Teleguz: Interpreter has been contracted, trial shall go forward on Thursday, December 1, 2005 at 9:00 a.m. (Counsel notified by phone)Marshals notified (French, Elizabeth) (Entered: 11/29/2005) |
| 11/30/2005 | 179 | Judge Michael A Ponsor : Electronic ORDER entered - Schedule for Trial (See Order for Details) as to Ivan Teleguz (French, Elizabeth) (Entered: 11/30/2005) |
| 12/01/2005 |  | Judge Michael A Ponsor : endorsedORDER entered denying w/o prejudice 170 Motion in Limine as to Ivan Teleguz (2) "In many instances the govt will not be offering the eidence defendant is concrned about. In all other cases, no favorable ruling is justifid at this time" (French, Elizabeth) (Entered: 12/01/2005) |
| 12/01/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A |

| | | |
|---|---|---|
| | | Ponsor :Voir Dire held on 12/1/2005 as to Ivan Teleguz - Jury Selection concluded and Jury sworn; Opening statements by Government and Defendant; Interpreter: Natalia Klimova; Recess for day 1:15; trial to resume 12/2/05 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/01/2005) |
| 12/01/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Voir Dire begun on 12/1/2005 Ivan Teleguz (2) on Count 1,2,4,5,6 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/13/2005) |
| 12/02/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Ivan Teleguz held on 12/2/2005 : Government's case begins w/testimony of Robert Lewis; Richard Winfield; Recess for day 1:00 p.m.; Trial to resume 12/5/05 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/02/2005) |
| 12/05/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Ivan Teleguz held on 12/5/2005 - Govt's case continues w/testimony of Richard Winfield; Witness William Dolan Recess for day 4:00 p.m.Trial to resume on 12/6/05 at 9:00 a.m. for jurors; 8:45 for counsel (Court Reporter Sara Mubarek a.m.; Alice Moran p.m.) (French, Elizabeth) (Entered: 12/06/2005) |
| 12/07/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Ivan Teleguz held on 12/7/2005 Government's case continues w/testimony of C. Ortiz; Tape recordings and video tapes submitted into evidence; recess for day 1:00 p.m. Trial to resume 12/8/05 at 9:00 am. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/07/2005) |
| 12/08/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : 9:30 a.m. Jury Trial as to Ivan Teleguz held on 12/8/2005 - Government's case continues; Recess for day 12:45 p.m.; Trial to resume on Monday, 12/12/05 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/08/2005) |
| 12/12/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Ivan Teleguz held on 12/12/2005 8:45 Conference w/counsel - Juror in Seat 8 unable to appear - excused; Jury enters and government's case continues w/testimony of Carlos Ortiz; Witness Carlo Rosati begins testimony; Juror in Seat 1 excused - note to Judge from juror marked as Court Exhibit I; (Juror in seat 13 now in seat 8; - Recess for day 1:00 p.m. Trial to resume 12/13/05 at 9:00 a.m. (Juror in seat 14 shall be moved into seat 1) (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/13/2005) |
| 12/13/2005 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Ivan Teleguz held on 12/13/2005 8:45 a.m. counsel only; 9:00 a.m. jury enters; Juror originally in Seat 14 moved into Seat 1; Government's case continues w/testimony of Carlo Rosati; Testimony taken of Kurt Wheeler; Eugene Belleco; Michael Quickel; |

| | | |
|---|---|---|
| | | Eugene Hagan; Patrick Burns; Government rests; Defendant calls no witnesses; rests; Jury released at 3:15 p.m.; Charging conference w/counsel; Recess for day 5:30 p.m.; Closings and charge on 12/14/05 at 10:00 a.m.; (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 12/15/2005) |
| 12/14/2005 | 181 | JURY VERDICT SLIPS as to Ivan Teleguz (2) Guilty on Count 1,2,4,5,6. (French, Elizabeth) (Entered: 12/15/2005) |
| 12/15/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Ivan Teleguz held on 12/15/2005 9:00 a.m. counsel only re: Jury instructions; 10:00 a.m. jury enters; Closing arguments by counsel and jury charge; Jury deliberations begin 1:30 p.m.; Jury question 4:00 p.m. (Court exhibit II; Question addressed in open court w/counsel and defendant present) Jury deliberations resume at 4:20 p.m.; Jury verdict 4:55 p.m. Guilty on all counts as charged; Sentencing set for 4/18/05 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/15/2005) |
| 12/15/2005 | 182 | Judge Michael A Ponsor : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Ivan Teleguz Sentencing set for 4/18/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 12/15/2005) |
| 12/16/2005 | 183 | MOTION for Extension of Time to 1/13/06 to File File Post-Trial Motions as to Ivan Teleguz. (Wenc, David) (Entered: 12/16/2005) |
| 12/20/2005 | | Judge Michael A Ponsor : ORDER entered granting 183 Motion for Extension of Time to 1/13/06to file post trial motions as to Ivan Teleguz (2) (Stuckenbruck, John) (Entered: 12/20/2005) |
| 01/12/2006 | 187 | First MOTION for Acquittal *Pursuant to Rule 29* as to Ivan Teleguz. (Wenc, David) (Entered: 01/12/2006) |
| 01/12/2006 | 188 | First MOTION for New Trial *Pursuant to Rule 33* as to Ivan Teleguz. (Wenc, David) (Entered: 01/12/2006) |
| 01/31/2006 | 189 | EX-PARTE (SEALED MOTION) as to Ivan Teleguz. (Lindsay, Maurice) (Entered: 01/31/2006) |
| 01/31/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 187 Motion for Judgment of Acquittal with points & authorities as to Ivan Teleguz (2) (Lindsay, Maurice) (Entered: 01/31/2006) |
| 01/31/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered denying 188 Motion for New Trial as to Ivan Teleguz (2) (Lindsay, Maurice) (Entered: 01/31/2006) |
| 02/01/2006 | | *SEALED* Judge Michael A Ponsor : endorsedORDER entered denying [189] Sealed Motion as to Ivan Teleguz (2) (Stuckenbruck, John) (Entered: 02/01/2006) |
| 03/09/2006 | | Case as to Aleksey Safanov, Ivan Teleguz, Roman Zhirnov, Andrey Buynovskiy, Michael Quickel no longer referred to Magistrate Judge |

| | | |
|---|---|---|
| | | Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/09/2006) |
| 03/10/2006 | 🔵 | NOTICE OF RESCHEDULING as to Ivan Teleguz Sentencing RESET for 5/3/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/10/2006) |
| 03/14/2006 | 🔵 194 | Judge Michael A Ponsor : Electronic MEMORANDUM AND ORDER entered. as to Ivan Teleguz: Re: Sentencing (See order for complete details) (French, Elizabeth) (Entered: 03/14/2006) |
| 03/31/2006 | 🔵 203 | RESPONSE TO COURT ORDER by Ivan Teleguz (Wenc, David) (Entered: 03/31/2006) |
| 04/02/2006 | 🔵 204 | RESPONSE TO COURT ORDER by USA as to Ivan Teleguz (O'Regan, Kevin) (Entered: 04/02/2006) |
| 04/11/2006 | 🔵 | NOTICE TO COUNSEL OF HEARING as to Ivan Teleguz Status Conference RE: Sentencing procedures set for 4/25/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/11/2006) |
| 04/25/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Ivan Teleguz held on 4/25/2006 - Both counsel indicate no objection to conducting the sentencing hearing by video conference; Defense counsel requests to be present at the location of defendant; Counsel to file appropriate motions for funds for travel; Counsel for defense requests interpreter be utilized, therefore, he shall make arrangements and contact Clerk Stuckenbruck re: funds, interpreter, and any issues that may arise with regards to either of these issues. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/25/2006) |
| 04/27/2006 | 🔵 211 | MOTION to Travel *for Sentencing Hearing* as to Ivan Teleguz. (Wenc, David) (Entered: 04/27/2006) |
| 04/27/2006 | 🔵 212 | Judge Michael A Ponsor : ORDER entered RE: Sentencing proceedings; (See Order for complete details) (Waiver of Right to appear in person for sentencing attached as discussed in open court for defendant's signature) as to Ivan Teleguz (French, Elizabeth) (Entered: 04/28/2006) |
| 04/28/2006 | 🔵 | Judge Michael A Ponsor : endorsedORDER entered granting 211 Motion to incur Travel expenses as to Ivan Teleguz (2) (French, Elizabeth) (Entered: 04/28/2006) |
| 04/30/2006 | 🔵 214 | SENTENCING MEMORANDUM by Ivan Teleguz (Wenc, David) (Entered: 04/30/2006) |
| 05/03/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : (Sentencing held via video conference Sentencing held on 5/3/2006 for Ivan Teleguz (2), Count(s) 1, 2, 4, 5, 6, 51 months imprisonment to consist of terms of 51 months on each count, all served concurrently w/one another; terms of judgment are to run concurrently w/any sentence imposed on the def. by State of Virginia, This sentence is to begin today; 3 yrs sup. rel. to consist of terms of 3 yrs on all counts, all to be served concurrently w/one another; Def. prohibited from poss. |

| | | |
|---|---|---|
| | | firearm, destructive device or other dangerous weapon; submit to collection of DNA as directed; If ordered deported, def. to leave US and not to return w/o prior permission; Participate in mental health treatment program as directed and contribute to costs based on ability to pay; $500 assessment due immediately;. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 05/04/2006) |
| 05/04/2006 | 216 | ELECTRONIC NOTICE *of Waiver of In-Person Sentencing Hearing* by Ivan Teleguz (Wenc, David) (Entered: 05/04/2006) |
| 05/04/2006 | 217 | NOTICE OF APPEAL by Ivan Teleguz NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/24/2006. (Wenc, David) (Entered: 05/04/2006) |
| 05/04/2006 | 219 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Ivan Teleguz (2), Count(s) 1, 2, 4, 5, 6, 51 months imprisonment to consist of terms of 51 months on each count, all served concurrently w/one another; terms of judgment are to run concurrently w/any sentence imposed on the def. by State of Virginia, This sentence is to begin today; 3 yrs sup. rel. to consist of terms of 3 yrs on all counts, all to be served concurrently w/one another; Def. prohibited from poss. firearm, destructive device or other dangerous weapon; submit to collection of DNA as directed; If ordered deported, def. to leave US and not to return w/o prior permission; Participate in mental health treatment program as directed and contribute to costs based on ability to pay; $500 assessment due immediately; (French, Elizabeth) (Entered: 05/05/2006) |