# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __USA vs. Ivan Teleguz__
District Court Case No. __3:02-cr-30043-MAP__        District of __MASSACHUSETTS__
Date Notice of Appeal filed __05/04/06__              Court of Appeals Case No. _____
Form filed on behalf of __Appellant__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Laurie Monaghan__
Phone Number of Reporter __(413) 733-4078__

A. __✓__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☑ Pretrial proceedings (specify) | **12/29/04 Motions Hearing.** |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __✓__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☑ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __David J. Wenc, Esq.__       Filer's Signature __[signature]__
Firm/Address __WENC LAW OFFICES, 44 Main Street, P.O. Box 306, Windsor Locks, CT 06096-0306__
Telephone number __(860) 623-1195__       Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                SEE INSTRUCTIONS ON REVERSE

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT** (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MAX/MA/SP | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 3:02cr30043-MAP | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs. Safanov (Teleguz) | ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☐ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 U.S.C. §371 Conspiracy; 18U.S.C. §922(k) Possession

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

APPEAL

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

12/29/04 Motions hearing.

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned ____ % of transcript with *(Give case name and)*

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*/s/ signed*   5/9/2006

Signature of Attorney   Date

**DAVID J. WENC**

Printed Name   (860) 623-1195   Telephone Number:

X ☐ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order   Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |

**TOTAL AMOUNT CLAIMED:**

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk   Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court   Date | |

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,                    Docket No. 06-

       Appellee,

v.

IVAN TELEGUZ,

       Defendant-Appellant.            May 10, 2006

### CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2006 I served a copy of the Transcript Order (form CA1-10) with attached CJA 24 request for authorization for payment of transcript with this certificate of service in the above matter by U.S. Mail, first-class postage prepaid, to:

Assistant U.S. Attorney Kevin O'Regan
U.S. Attorney's Office
1550 Main Street, Suite 310
Springfield, MA  01103

_____
David J. Wenc, Esq.