*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 02cr30043-MAP

UNITED STATES OF AMERICA,

v.

IVAN TELEGUZ

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:  #222.

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  May 11, 2006.

Sarah A. Thornton, Clerk of Court

By:     /s/ Mary Finn
        Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals