UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.R. 02-30043-MAP

USDC Docket Number :

UNITED STATES OF AMERICA,

v.

IVAN TELEGUZ

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #'s 47, 65, 70, 71, 76, 77, 78,. 80-83, 85-87, 90, 94, 95, 96, 99, 101, 105-111, 117-120, 124, 130, 134, 136, 138, 139, 142, 151-153, 155, 156, 158, 159, 166, 170-172, 179, 181, 182, 183, 187-189, 194, 203, 204, 211, 212, 214, 216, 217 & 219.

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on May 4, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .May 5, 2006.

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5\11\06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   06-1751

O:\ClerksCertificate-COA.frm- 3/06