UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
          v.               ) 02-CR-30043-MAP
                           )
IVAN TELEGUZ,              )
          Defendant        )

MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION FOR RECONSIDERATION
(Dkt. No. 237)

October 25, 2006

PONSOR, U.S.D.J.

On July 10, 2006, this court awarded counsel fees for representation of Defendant in this matter in the amount of $26,094.35. This award included a reduction of the requested fee in the amount of $3,884.48, based upon counsel's repeated negligent misrepresentations that his client required services of a Russian translator. In addition to oral remarks, these misrepresentations were made in writing on two occasions, October 27, 2005 and November 4, 2005. See Dkt. Nos. 152 and 153.

Counsel's last-minute request for a Ukranian translator delayed the trial for two days while the clerk located and

brought to the court an interpreter competent in Ukranian.

Counsel is a respected practitioner who has represented defendants competently before this court more than once, but in this case his diligence unfortunately fell below the required level. Counsel repeatedly informed the court that a Russian translator would be needed, without, he concedes, ever discussing the matter with his client. See transcript of November 9, 2005 hearing, attached as Exhibit A, at 4. Counsel's responsibility was not onerous. All he had to do was ask, and he didn't. As a result, the trial was significantly disrupted; a modest reduction in counsel's substantial fee is therefore appropriate.

For the foregoing reasons, Defendant's Motion for Reconsideration is hereby DENIED.

It is So Ordered.

_/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
U. S. District Judge