.

# United States Court of Appeals
## For the First Circuit

No. 06-1751

UNITED STATES OF AMERICA,

Appellee,

v.

IVAN TELEGUZ,

Defendant, Appellant.

**JUDGMENT**

Entered: July 24, 2007

     This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Ivan Teleguz is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/14/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. O'Regan, Ms. Chaitowitz, & Mr. Smith.]